IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EFRAIN SANCHEZ-DIAZ,

      Petitioner,

v.

JAMIE MILLER, Superintendent,
Snake River Correctional Institution,

      Respondent.

Case No. 2:23-cv-01465-JR

JUDGMENT

NELSON, Judge.

Based on the Record,

IT IS ORDERED AND ADJUDGED that this Action is dismissed without prejudice.

The Court DENIES a certificate of appealability as Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

DATED this   24th   day of October, 2023.

                                    Adrienne Nelson
                                    United States District Judge

1 - JUDGMENT